IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RODNEY KIM and MARY KIM,** | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 15-340-CG-B ) |
| **BANK OF AMERICA, N.A.**, | ) ) |
| Defendant. | |

## ORDER

Counsel notified the Court that this action has been settled.  Accordingly, it is **ORDERED** that all claims in the above-styled action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this 8th day of March, 2016.

                                                 /s/ Callie V. S. Granade
                                                SENIOR UNITED STATES DISTRICT JUDGE